51 P.3d 380

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

▮▮▮▮▮▮▮▮

### June 3, 2002

| | | |
|---|---|---|
| 23506, 23210 | Williamson v. Telfer | Affirmed |

### June 18, 2002

| | | |
|---|---|---|
| 23677 | Siqueira v. Brunn | Affirmed |

### June 19, 2002

| | | |
|---|---|---|
| 23713 | State v. Guthrie | Affirmed |

### June 25, 2002

| | | |
|---|---|---|
| 23990 | H.A. Holdings, Ltd., v. Silva | Affirmed |

### June 28, 2002

| | | |
|---|---|---|
| 24057 | In re Adoption of a Female Child | Affirmed |
| 23698 | Doe Children, In re Interest of | Affirmed |

### July 2, 2002

| | | |
|---|---|---|
| 23949 | State v. Villa | Affirmed |

### July 8, 2002

| | | |
|---|---|---|
| 24152 | State v. Helmke | Affirmed |

### July 12, 2002

| | | |
|---|---|---|
| 24054, 24055, 24062 | Doe, In re; Doe Children, In Interest of; Doe, In re Interest of | Affirmed |
| 24212 | Roe v. Price | Affirmed |

### July 22, 2002

| | | |
|---|---|---|
| 24015 | State v. Mogi | Affirmed |

### August 5, 2002

| | | |
|---|---|---|
| 24016 | State v. Christiano | Vacated and Remanded |